IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Brandon Matthew Jones  
                Debtor(s)

BK NO. 23-01084 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                      Respectfully submitted,

/s/ *Michael Farrington*  
Michael Farrington  
30 May 2023, 09:48:44, EDT

      KML Law Group, P.C.  
      BNY Mellon Independence Center  
      701 Market Street, Suite 5000  
      Philadelphia, PA 19106  
      215-627-1322