United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-01084-HWV
Brandon Matthew Jones  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jun 26, 2025     Form ID: ordsmiss     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandon Matthew Jones, 2822 Woodmont Drive, York, PA 17404-7823 |
| acc | + | Hearthridge at the Dominion Homeowners Association, c/o Property Management Unlimited, 1013 North George Street, York, PA 17404-2025 |
| 5548155 | + | Hearthridge at the Dominion Homeowners Association, Russell, Krafft & Gruber, LLP, 101 North Pointe Boulevard, Suite 202, Lancaster, PA 17601-4108 |
| 5541318 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, MET ED, 501 Pkwy Blvd, York, PA 17404 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@silvermanlegal.com | Jun 26 2025 18:46:00 | Navy Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 5541314 | + | EDI: CAPITALONE.COM | Jun 26 2025 22:40:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5541315 | + | EDI: CCS.COM | Jun 26 2025 22:40:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 5544010 | | EDI: DISCOVER | Jun 26 2025 22:40:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 5541316 | + | EDI: DISCOVER | Jun 26 2025 22:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5541317 | + | EDI: PHINGENESIS | Jun 26 2025 22:40:00 | Genesis Financial, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 5544099 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2025 18:52:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5542934 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 26 2025 18:46:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Homdel, NJ 07733-1976 |
| 5541319 | + | EDI: NFCU.COM | Jun 26 2025 22:40:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5543788 | + | EDI: NFCU.COM | Jun 26 2025 22:40:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5556201 | | EDI: PRA.COM | Jun 26 2025 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5541856 | | EDI: PENNDEPTREV | Jun 26 2025 22:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5541320 | + | Email/PDF: ebnotices@pnmac.com | Jun 26 2025 19:03:51 | PennyMac Loan Services, LLC, Attn: |

| | | | | |
|---|---|---|---|---|
| | | | | Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5554393 | + Email/PDF: ebnotices@pnmac.com | | Jun 26 2025 19:04:20 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5543102 | + Email/Text: RASEBN@raslg.com | | Jun 26 2025 18:46:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5541321 | + EDI: USAA.COM | | Jun 26 2025 22:40:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron S Marines | on behalf of Accountant Hearthridge at the Dominion Homeowners Association Inc. asm@rkglaw.com, mjg@rkglaw.com;dls@rkglaw.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas Richard Blecki, Jr. | on behalf of Creditor Navy Federal Credit Union bankruptcy@silvermanlegal.com jmcmurray@silvermanlegal.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Nicholas G. Platt | on behalf of Debtor 1 Brandon Matthew Jones ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Brandon Matthew Jones, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 1:23−bk−01084−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 26, 2025

ordsmiss (05/18)